I-80 Equipment, LLC
CHECKING - FMB OPER #8100404865 Register
January 1, 2015 - July 31, 2019



PLAINTIFF'S EXHIBIT A

| Date - Print | Number | Payee | Clr | Reconciled D | Payment | Deposit | Balance | Type | Account | Memo |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/6/2016 | 4534 | | T | 12/31/2016 | $53,895.99 | | ($53,895.99) | Journal | - Split - | LOAN PAYOFF 12/6/16 |
| 12/6/2016 | 4535 | | T | 12/31/2016 | $43,605.86 | | ($43,605.86) | Journal | - Split - | LOAN PAYOFF 12/6/16 |
| 12/6/2016 | 4536 | | T | 12/31/2016 | $43,039.83 | | ($43,039.83) | Journal | - Split - | LOAN PAYOFF 12/6/16 |
| 12/6/2016 | 4537 | | T | 12/31/2016 | $41,406.37 | | ($41,406.37) | Journal | - Split - | LOAN PAYOFF 12/6/16 |
| 12/6/2016 | 4538 | | T | 12/31/2016 | $39,421.04 | | ($39,421.04) | Journal | - Split - | LOAN PAYOFF 12/6/16 |
| 12/6/2016 | 4539 | | T | 12/31/2016 | $34,955.03 | | ($34,955.03) | Journal | - Split - | LOAN PAYOFF 12/6/16 |
| 12/14/2016 | 4531 | | T | 12/31/2016 | $33,949.68 | | ($33,949.68) | Journal | - Split - | LOAN PAYOFF 12/14/16 |
| 12/14/2016 | 4532 | | T | 12/31/2016 | $55,281.42 | | ($55,281.42) | Journal | - Split - | LOAN PAYOFF 12/22/16 |
| 12/14/2016 | 4533 | | T | 12/31/2016 | $72,902.96 | | ($72,902.96) | Journal | - Split - | LOAN PAYOFF 12/22/16 |
| 12/22/2016 | 4527 | | T | 12/31/2016 | $37,368.61 | | ($37,368.61) | Journal | - Split - | LOAN PAYOFF 12/22/16 |
| 12/22/2016 | 4528 | | T | 12/31/2016 | $76,605.12 | | ($76,605.12) | Journal | - Split - | LOAN PAYOFF 12/22/16 |
| 12/22/2016 | 4529 | | T | 12/31/2016 | $85,542.74 | | ($85,542.74) | Journal | - Split - | LOAN PAYOFF 12/22/16 |
| 12/22/2016 | 4530 | | T | 12/31/2016 | $93,779.80 | | ($93,779.80) | Journal | - Split - | LOAN PAYOFF 12/22/16 |
| 12/23/2016 | 4520 | | T | 12/31/2016 | $14,462.98 | | ($14,462.98) | Journal | - Split - | LOAN PAYOFF 12/23/16 |
| 12/23/2016 | 4521 | | T | 12/31/2016 | $15,492.16 | | ($15,492.16) | Journal | - Split - | LOAN PAYOFF 12/23/16 |
| 12/23/2016 | 4522 | | T | 12/31/2016 | $17,666.17 | | ($17,666.17) | Journal | - Split - | LOAN PAYOFF 12/23/16 |
| 12/23/2016 | 4523 | | T | 12/31/2016 | $20,331.88 | | ($20,331.88) | Journal | - Split - | LOAN PAYOFF 12/23/16 |
| 12/23/2016 | 4524 | | T | 12/31/2016 | $25,168.80 | | ($25,168.80) | Journal | - Split - | LOAN PAYOFF 12/23/16 |
| 12/23/2016 | 4525 | | T | 12/31/2016 | $31,245.66 | | ($31,245.66) | Journal | - Split - | LOAN PAYOFF 12/23/16 |
| 12/29/2016 | 4518 | | T | 12/31/2016 | $28,834.31 | | ($28,834.31) | Journal | - Split - | LOAN PAYOFF 12/29/16 |
| 12/29/2016 | 4519 | | T | 12/31/2016 | $83,378.24 | | ($83,378.24) | Journal | - Split - | LOAN PAYOFF 12/29/16 |
| 1/3/2017 | 4641 | | T | 1/31/2017 | $96,350.31 | | ($96,350.31) | Journal | - Split - | LOAN PAYOFF 1/3/17 |
| 1/3/2017 | 4641 | | T | 1/31/2017 | $82,869.64 | | ($82,869.64) | Journal | - Split - | LOAN PAYOFF 1/3/17 |
| 1/3/2017 | 4641 | | T | 1/31/2017 | $82,814.40 | | ($82,814.40) | Journal | - Split - | LOAN PAYOFF 1/3/17 |
| 1/5/2017 | 4642 | | T | 1/31/2017 | $97,578.68 | | ($97,578.68) | Journal | - Split - | LOAN PAYOFF 1/05/17 |
| 1/5/2017 | 4642 | | T | 1/31/2017 | $96,020.58 | | ($96,020.58) | Journal | - Split - | LOAN PAYOFF 1/05/17 |
| 1/9/2017 | 4643 | | T | 1/31/2017 | $43,315.03 | | ($43,315.03) | Journal | - Split - | LOAN PAYOFF 1/09/17 |
| 1/9/2017 | 4643 | | T | 1/31/2017 | $33,735.98 | | ($33,735.98) | Journal | - Split - | LOAN PAYOFF 1/09/17 |
| 1/9/2017 | 4643 | | T | 1/31/2017 | $29,922.15 | | ($29,922.15) | Journal | - Split - | LOAN PAYOFF 1/09/17 |
| 1/9/2017 | 4658 | , | T | 1/31/2017 | $77,491.22 | | ($77,491.22) | Journal | - Split - | LOAN PAYOFF 1/9/17 |
| 1/9/2017 | 4658 | | T | 1/31/2017 | $47,727.42 | | ($47,727.42) | Journal | - Split - | LOAN PAYOFF 1/9/17 |
| 1/9/2017 | 4658 | | T | 1/31/2017 | $45,338.29 | | ($45,338.29) | Journal | - Split - | LOAN PAYOFF 1/9/17 |
| 1/12/2017 | 4651 | | T | 1/31/2017 | $46,011.14 | | ($46,011.14) | Journal | - Split - | LOAN PAYOFF 1/12/17 |
| 1/12/2017 | 4651 | | T | 1/31/2017 | $41,777.96 | | ($41,777.96) | Journal | - Split - | LOAN PAYOFF 1/12/17 |
| 1/12/2017 | 4651 | | T | 1/31/2017 | $25,987.96 | | ($25,987.96) | Journal | - Split - | LOAN PAYOFF 1/12/17 |
| 1/12/2017 | 4651 | | T | 1/31/2017 | $16,413.93 | | ($16,413.93) | Journal | - Split - | LOAN PAYOFF 1/12/17 |
| 1/12/2017 | 4659 | | T | 1/31/2017 | $47,065.07 | | ($47,065.07) | Journal | - Split - | LOAN PAYOFF 1/12/17 |
| 1/17/2017 | 4653 | | T | 1/31/2017 | $32,147.19 | | ($32,147.19) | Journal | - Split - | LOAN PAYOFF 1/17/17 |
| 1/17/2017 | 4653 | | T | 1/31/2017 | $32,060.47 | | ($32,060.47) | Journal | - Split - | LOAN PAYOFF 1/17/17 |
| 1/17/2017 | 4653 | | T | 1/31/2017 | $30,331.39 | | ($30,331.39) | Journal | - Split - | LOAN PAYOFF 1/17/17 |
| 1/17/2017 | 4653 | | T | 1/31/2017 | $30,006.50 | | ($30,006.50) | Journal | - Split - | LOAN PAYOFF 1/17/17 |
| 1/17/2017 | 4653 | | T | 1/31/2017 | $30,004.23 | | ($30,004.23) | Journal | - Split - | LOAN PAYOFF 1/17/17 |
| 1/25/2017 | 4656 | | T | 1/31/2017 | $58,491.68 | | ($58,491.68) | Journal | - Split - | LOAN PAYOFF 1/25/17 |
| 1/26/2017 | 4656 | | T | 1/31/2017 | $48,586.14 | | ($48,586.14) | Journal | - Split - | LOAN PAYOFF 1/26/17 |
| 1/26/2017 | 4660 | | T | 1/31/2017 | $82,621.96 | | ($82,621.96) | Journal | - Split - | LOAN PAYOFF 1/26/17 |
| 1/26/2017 | 4660 | | T | 1/31/2017 | $25,231.67 | | ($25,231.67) | Journal | - Split - | LOAN PAYOFF 1/26/17 |
| 1/26/2017 | 4660 | | T | 1/31/2017 | $25,039.92 | | ($25,039.92) | Journal | - Split - | LOAN PAYOFF 1/26/17 |
| 1/26/2017 | 4660 | | T | 1/31/2017 | $18,172.81 | | ($18,172.81) | Journal | - Split - | LOAN PAYOFF 1/26/17 |
| 1/31/2017 | 4661 | | T | 1/31/2017 | $44,386.08 | | ($44,386.08) | Journal | - Split - | LOAN PAYOFF 1/31/17 |
| 1/31/2017 | 4661 | | T | 1/31/2017 | $30,942.55 | | ($30,942.55) | Journal | - Split - | LOAN PAYOFF 1/31/17 |
| 1/31/2017 | 4661 | | T | 1/31/2017 | $28,954.72 | | ($28,954.72) | Journal | - Split - | LOAN PAYOFF 1/31/17 |
| 1/31/2017 | 4661 | | T | 1/31/2017 | $28,783.32 | | ($28,783.32) | Journal | - Split - | LOAN PAYOFF 1/31/17 |
| 1/31/2017 | 4661 | | T | 1/31/2017 | $27,754.34 | | ($27,754.34) | Journal | - Split - | LOAN PAYOFF 1/31/17 |
| 1/31/2017 | 4661 | | T | 1/31/2017 | $25,196.73 | | ($25,196.73) | Journal | - Split - | LOAN PAYOFF 1/31/17 |
| 1/31/2017 | 4661 | | T | 1/31/2017 | $22,595.11 | | ($22,595.11) | Journal | - Split - | LOAN PAYOFF 1/31/17 |
| 1/31/2017 | 4661 | | T | 1/31/2017 | $20,858.57 | | ($20,858.57) | Journal | - Split - | LOAN PAYOFF 1/31/17 |
| 2/2/2017 | 4799 | | T | 2/28/2017 | $29,735.60 | | ($29,735.60) | Journal | - Split - | LOAN PAYOFF 2/2/17 |
| 2/3/2017 | 4800 | | T | 2/28/2017 | $219,214.63 | | ($219,214.63) | Journal | - Split - | LOAN PAYOFF 2/3/17 |
| 2/6/2017 | 4801 | | T | 2/28/2017 | $28,005.04 | | ($28,005.04) | Journal | - Split - | LOAN PAYOFF 2/6/17 |
| 2/6/2017 | 4801 | | T | 2/28/2017 | $82,895.86 | | ($82,895.86) | Journal | - Split - | LOAN PAYOFF 2/6/17 |
| 2/13/2017 | 4809 | | T | 2/28/2017 | $32,944.56 | | ($32,944.56) | Journal | - Split - | LOAN PAYOFF 2/13/17 |
| 2/13/2017 | 4809 | | T | 2/28/2017 | $29,985.09 | | ($29,985.09) | Journal | - Split - | LOAN PAYOFF 2/13/17 |
| 2/17/2017 | 4807 | | T | 2/28/2017 | $49,909.34 | | ($49,909.34) | Journal | - Split - | LOAN PAYOFF 2/17/17 |
| 2/17/2017 | 4807 | | T | 2/28/2017 | $34,017.25 | | ($34,017.25) | Journal | - Split - | LOAN PAYOFF 2/17/17 |
| 2/17/2017 | 4807 | | T | 2/28/2017 | $33,452.85 | | ($33,452.85) | Journal | - Split - | LOAN PAYOFF 2/17/17 |
| 2/17/2017 | 4807 | | T | 2/28/2017 | $26,522.01 | | ($26,522.01) | Journal | - Split - | LOAN PAYOFF 2/17/17 |
| 2/21/2017 | 4808 | | T | 2/28/2017 | $29,966.17 | | ($29,966.17) | Journal | - Split - | LOAN PAYOFF 2/21/17 |
| 2/21/2017 | 4808 | | T | 2/28/2017 | $19,705.09 | | ($19,705.09) | Journal | - Split - | LOAN PAYOFF 2/21/17 |
| 2/21/2017 | 4808 | | T | 2/28/2017 | $14,936.06 | | ($14,936.06) | Journal | - Split - | LOAN PAYOFF 2/21/17 |
| 2/23/2017 | 4806 | | T | 2/28/2017 | $82,988.34 | | ($82,988.34) | Journal | - Split - | LOAN PAYOFF 2/23/17 |
| 2/23/2017 | 4806 | | T | 2/28/2017 | $45,795.67 | | ($45,795.67) | Journal | - Split - | LOAN PAYOFF 2/23/17 |
| 2/23/2017 | 4806 | | T | 2/28/2017 | $45,356.03 | | ($45,356.03) | Journal | - Split - | LOAN PAYOFF 2/23/17 |
| 2/23/2017 | 4806 | | T | 2/28/2017 | $41,367.99 | | ($41,367.99) | Journal | - Split - | LOAN PAYOFF 2/23/17 |
| 2/23/2017 | 4806 | | T | 2/28/2017 | $37,628.53 | | ($37,628.53) | Journal | - Split - | LOAN PAYOFF 2/23/17 |
| 2/23/2017 | 4806 | | T | 2/28/2017 | $35,818.27 | | ($35,818.27) | Journal | - Split - | LOAN PAYOFF 2/27/17 |
| 2/27/2017 | 4805 | | T | 2/28/2017 | $52,963.18 | | ($52,963.18) | Journal | - Split - | LOAN PAYOFF 2/27/17 |
| 2/27/2017 | 4805 | | T | 2/28/2017 | $25,032.83 | | ($25,032.83) | Journal | - Split - | LOAN PAYOFF 2/27/17 |
| 3/13/2017 | 4966 | | T | 3/31/2017 | $95,355.33 | | ($95,355.33) | Journal | - Split - | LOAN PAYOFF 3/13/17 |
| 3/13/2017 | 4966 | | T | 3/31/2017 | $47,723.35 | | ($47,723.35) | Journal | - Split - | LOAN PAYOFF 3/13/17 |
| 3/13/2017 | 4966 | | T | 3/31/2017 | $38,697.31 | | ($38,697.31) | Journal | - Split - | LOAN PAYOFF 3/13/17 |
| 3/13/2017 | 4966 | | T | 3/31/2017 | $37,393.42 | | ($37,393.42) | Journal | - Split - | LOAN PAYOFF 3/13/17 |
| 3/13/2017 | 4966 | | T | 3/31/2017 | $36,249.62 | | ($36,249.62) | Journal | - Split - | LOAN PAYOFF 3/13/17 |
| 3/13/2017 | 4966 | | T | 3/31/2017 | $32,992.25 | | ($32,992.25) | Journal | - Split - | LOAN PAYOFF 3/13/17 |
| 3/13/2017 | 4966 | | T | 3/31/2017 | $32,373.18 | | ($32,373.18) | Journal | - Split - | LOAN PAYOFF 3/13/17 |

| Date | Num | Name | Type | Date2 | Amount | Balance | Account | Memo |
|---|---|---|---|---|---|---|---|---|
| 3/16/2017 | 4965 | | T | 3/31/2017 | $76,605.64 | ($76,605.64) Journal | - Split - | LOAN PAYOFF 3/16/17 |
| 3/16/2017 | 4965 | | T | 3/31/2017 | $63,660.68 | ($63,660.68) Journal | - Split - | LOAN PAYOFF 3/16/17 |
| 3/16/2017 | 4965 | | T | 3/31/2017 | $49,137.48 | ($49,137.48) Journal | - Split - | LOAN PAYOFF 3/16/17 |
| 3/16/2017 | 4965 | | T | 3/31/2017 | $39,155.40 | ($39,155.40) Journal | - Split - | LOAN PAYOFF 3/16/17 |
| 3/22/2017 | 5018 | | T | 3/31/2017 | $96,744.56 | ($96,744.56) Journal | - Split - | LOAN PAYOFF 3/27/17 |
| 3/22/2017 | 5018 | | T | 3/31/2017 | $72,892.24 | ($72,892.24) Journal | - Split - | LOAN PAYOFF 3/27/17 |
| 3/22/2017 | 5018 | | T | 3/31/2017 | $54,143.91 | ($54,143.91) Journal | - Split - | LOAN PAYOFF 3/27/17 |
| 3/22/2017 | 5018 | | T | 3/31/2017 | $54,143.91 | ($54,143.91) Journal | - Split - | LOAN PAYOFF 3/27/17 |
| 3/27/2017 | 4906 | | T | 3/31/2017 | $83,053.01 | ($83,053.01) Journal | - Split - | LOAN PAYOFF 3/27/17 |
| 3/31/2017 | 4898 | | T | 3/31/2017 | $41,767.91 | ($41,767.91) Journal | - Split - | LOAN PAYOFF 3/31/17 |
| 3/31/2017 | 4898 | | T | 3/31/2017 | $38,066.36 | ($38,066.36) Journal | - Split - | LOAN PAYOFF 3/31/17 |
| 4/3/2017 | 5116 | | T | 4/28/2017 | $41,616.71 | ($41,616.71) Journal | - Split - | LOAN PAYOFF 4/3/17 |
| 4/3/2017 | 5117 | | T | 4/28/2017 | $40,664.11 | ($40,664.11) Journal | - Split - | LOAN PAYOFF 4/3/17 |
| 4/3/2017 | 5118 | | T | 4/28/2017 | $37,309.68 | ($37,309.68) Journal | - Split - | LOAN PAYOFF 4/3/17 |
| 4/3/2017 | 5119 | | T | 4/28/2017 | $36,352.28 | ($36,352.28) Journal | - Split - | LOAN PAYOFF 4/3/17 |
| 4/3/2017 | 5120 | | T | 4/28/2017 | $30,455.53 | ($30,455.53) Journal | - Split - | LOAN PAYOFF 4/3/17 |
| 4/3/2017 | 5121 | | T | 4/28/2017 | $14,059.06 | ($14,059.06) Journal | - Split - | LOAN PAYOFF 4/3/17 |
| 4/6/2017 | 5124 | | T | 4/28/2017 | $77,186.92 | ($77,186.92) Journal | - Split - | LOAN PAYOFF 4/6/2017 |
| 4/13/2017 | 5123 | | T | 4/28/2017 | $42,475.00 | ($42,475.00) Journal | - Split - | LOAN PAYOFF 4/13/17 |
| 4/14/2017 | 5125 | | T | 4/28/2017 | $30,388.51 | ($30,388.51) Journal | - Split - | LOAN PAYOFF 4/14/2017 |
| 4/14/2017 | 5126 | | T | 4/28/2017 | $25,235.92 | ($25,235.92) Journal | - Split - | LOAN PAYOFF 4/14/2017 |
| 4/14/2017 | 5127 | | T | 4/28/2017 | $30,470.70 | ($30,470.70) Journal | - Split - | LOAN PAYOFF 4/14/2017 |
| 4/14/2017 | 5128 | | T | 4/28/2017 | $50,089.23 | ($50,089.23) Journal | - Split - | LOAN PAYOFF 4/14/2017 |
| 4/21/2017 | 5145 | | T | 4/28/2017 | $72,684.95 | ($72,684.95) Journal | - Split - | LOAN PAYOFF 4/21/2017 |
| 4/27/2017 | 5122 | | T | 4/28/2017 | $35,422.58 | ($35,422.58) Journal | - Split - | LOAN PAYOFF 4/27/2017 |
| 4/27/2017 | 5130 | | T | 4/28/2017 | $37,396.50 | ($37,396.50) Journal | - Split - | LOAN PAYOFF 4/27/2017 |
| 4/27/2017 | 5132 | | T | 4/28/2017 | $54,171.96 | ($54,171.96) Journal | - Split - | LOAN PAYOFF 4/27/2017 |
| 4/27/2017 | 5133 | | T | 4/28/2017 | $54,373.12 | ($54,373.12) Journal | - Split - | LOAN PAYOFF 4/27/2017 |
| 4/28/2017 | 5129 | | T | 4/28/2017 | $26,843.41 | ($26,843.41) Journal | - Split - | LOAN PAYOFF 4/28/2017 |
| 4/28/2017 | 5131 | | T | 4/28/2017 | $67,989.63 | ($67,989.63) Journal | - Split - | LOAN PAYOFF 4/28/2017 |
| 5/2/2017 | 5464 | FIRST MIDWEST BAN | T | 5/31/2017 | $42,715.95 | ($42,715.95) Journal | - Split - | LOAN PAYOFF 5/2/2017 |
| 5/3/2017 | 5466 | FIRST MIDWEST BAN | T | 5/31/2017 | $43,519.62 | ($43,519.62) Journal | - Split - | LOAN PAYOFF 5/3/2017 |
| 5/3/2017 | 5467 | FIRST MIDWEST BAN | T | 5/31/2017 | $38,183.91 | ($38,183.91) Journal | - Split - | LOAN PAYOFF 5/3/2017 |
| 5/3/2017 | 5468 | FIRST MIDWEST BAN | T | 5/31/2017 | $23,989.26 | ($23,989.26) Journal | - Split - | LOAN PAYOFF 5/3/2017 |
| 5/8/2017 | 5469 | FIRST MIDWEST BAN | T | 5/31/2017 | $98,954.03 | ($98,954.03) Journal | - Split - | LOAN PAYOFF 5/8/2017 |
| 5/8/2017 | 5489 | FIRST MIDWEST BAN | T | 5/31/2017 | $31,428.24 | ($31,428.24) Journal | - Split - | LOAN PAYOFF 5/8/2017 |
| 5/8/2017 | 5490 | FIRST MIDWEST BAN | T | 5/31/2017 | $39,476.60 | ($39,476.60) Journal | - Split - | LOAN PAYOFF 5/8/2017 |
| 5/8/2017 | 5491 | FIRST MIDWEST BAN | T | 5/31/2017 | $47,206.04 | ($47,206.04) Journal | - Split - | LOAN PAYOFF 5/8/2017 |
| 5/8/2017 | 5492 | FIRST MIDWEST BAN | T | 5/31/2017 | $58,196.63 | ($58,196.63) Journal | - Split - | LOAN PAYOFF 5/8/2017 |
| 5/9/2017 | 5487 | FIRST MIDWEST BAN | T | 5/31/2017 | $34,829.02 | ($34,829.02) Journal | - Split - | LOAN PAYOFF 5/9/2017 |
| 5/9/2017 | 5488 | FIRST MIDWEST BAN | T | 5/31/2017 | $39,010.02 | ($39,010.02) Journal | - Split - | LOAN PAYOFF 5/9/2017 |
| 5/18/2017 | 5483 | FIRST MIDWEST BAN | T | 5/31/2017 | $13,660.37 | ($13,660.37) Journal | - Split - | LOAN PAYOFF 5/18/2017 |
| 5/18/2017 | 5484 | FIRST MIDWEST BAN | T | 5/31/2017 | $47,237.48 | ($47,237.48) Journal | - Split - | LOAN PAYOFF 5/18/2017 |
| 5/18/2017 | 5485 | FIRST MIDWEST BAN | T | 5/31/2017 | $52,916.94 | ($52,916.94) Journal | - Split - | LOAN PAYOFF 5/18/2017 |
| 5/18/2017 | 5486 | FIRST MIDWEST BAN | T | 5/31/2017 | $66,603.86 | ($66,603.86) Journal | - Split - | LOAN PAYOFF 5/18/2017 |
| 5/24/2017 | 5473 | FIRST MIDWEST BAN | T | 5/31/2017 | $98,200.68 | ($98,200.68) Journal | - Split - | LOAN PAYOFF 5/24/2017 |
| 5/24/2017 | 5474 | FIRST MIDWEST BAN | T | 5/31/2017 | $98,436.55 | ($98,436.55) Journal | - Split - | LOAN PAYOFF 5/24/2017 |
| 5/24/2017 | 5475 | FIRST MIDWEST BAN | T | 5/31/2017 | $96,466.88 | ($96,466.88) Journal | - Split - | LOAN PAYOFF 5/24/2017 |
| 5/24/2017 | 5476 | FIRST MIDWEST BAN | T | 5/31/2017 | $36,798.54 | ($36,798.54) Journal | - Split - | LOAN PAYOFF 5/24/2017 |
| 5/24/2017 | 5477 | FIRST MIDWEST BAN | T | 5/31/2017 | $96,182.06 | ($96,182.06) Journal | - Split - | LOAN PAYOFF 5/24/2017 |
| 5/24/2017 | 5478 | FIRST MIDWEST BAN | T | 5/31/2017 | $38,466.66 | ($38,466.66) Journal | - Split - | LOAN PAYOFF 5/24/2017 |
| 5/24/2017 | 5479 | FIRST MIDWEST BAN | T | 5/31/2017 | $34,770.12 | ($34,770.12) Journal | - Split - | LOAN PAYOFF 5/24/2017 |
| 5/24/2017 | 5480 | FIRST MIDWEST BAN | T | 5/31/2017 | $43,906.94 | ($43,906.94) Journal | - Split - | LOAN PAYOFF 5/24/2017 |
| 5/26/2017 | 5470 | FIRST MIDWEST BAN | T | 5/31/2017 | $48,611.65 | ($48,611.65) Journal | - Split - | LOAN PAYOFF 5/26/2017 |
| 5/26/2017 | 5471 | FIRST MIDWEST BAN | T | 5/31/2017 | $69,965.08 | ($69,965.08) Journal | - Split - | LOAN PAYOFF 5/26/2017 |
| 5/26/2017 | 5472 | FIRST MIDWEST BAN | T | 5/31/2017 | $102,441.12 | ($102,441.12) Journal | - Split - | LOAN PAYOFF 5/26/2017 |
| 5/26/2017 | 5481 | FIRST MIDWEST BAN | T | 5/31/2017 | $10,098.14 | ($10,098.14) Journal | - Split - | LOAN PAYOFF 5/26/2017 |
| 5/26/2017 | 5482 | FIRST MIDWEST BAN | T | 5/31/2017 | $13,772.23 | ($13,772.23) Journal | - Split - | LOAN PAYOFF 5/26/2017 |
| 6/1/2017 | 5465 | FIRST MIDWEST BAN | T | 6/30/2017 | $87,043.19 | ($87,043.19) Journal | - Split - | LOAN PAYOFF 6/1/2017 |
| 6/1/2017 | 5519 | FIRST MIDWEST BAN | T | 6/30/2017 | $23,066.35 | ($23,066.35) Journal | - Split - | LOAN PAYOFF 6/1/2017 |
| 6/6/2017 | 5520 | FIRST MIDWEST BAN | T | 6/30/2017 | $18,535.57 | ($18,535.57) Journal | - Split - | LOAN PAYOFF 6/6/2017 |
| 6/7/2017 | 5521 | FIRST MIDWEST BAN | T | 6/30/2017 | $41,843.65 | ($41,843.65) Journal | - Split - | LOAN PAYOFF 6/7/2017 |
| 6/8/2017 | 5522 | FIRST MIDWEST BAN | T | 6/30/2017 | $44,096.97 | ($44,096.97) Journal | - Split - | LOAN PAYOFF 6/8/2017 |
| 6/8/2017 | 5523 | FIRST MIDWEST BAN | T | 6/30/2017 | $50,549.17 | ($50,549.17) Journal | - Split - | LOAN PAYOFF 6/8/2017 |
| 6/8/2017 | 5524 | FIRST MIDWEST BAN | T | 6/30/2017 | $48,263.98 | ($48,263.98) Journal | - Split - | LOAN PAYOFF 6/8/2017 |
| 6/14/2017 | 5525 | FIRST MIDWEST BAN | T | 6/30/2017 | $51,692.61 | ($51,692.61) Journal | - Split - | LOAN PAYOFF 6/14/2017 |
| 6/14/2017 | 5526 | FIRST MIDWEST BAN | T | 6/30/2017 | $23,817.99 | ($23,817.99) Journal | - Split - | LOAN PAYOFF 6/14/2017 |
| 6/20/2017 | 5555 | FIRST MIDWEST BAN | T | 6/30/2017 | $31,418.11 | ($31,418.11) Journal | - Split - | LOAN PAYOFF 6/20/2017 |
| 6/20/2017 | 5556 | FIRST MIDWEST BAN | T | 6/30/2017 | $38,953.69 | ($38,953.69) Journal | - Split - | LOAN PAYOFF 6/20/2017 |
| 6/20/2017 | 5557 | FIRST MIDWEST BAN | T | 6/30/2017 | $35,432.71 | ($35,432.71) Journal | - Split - | LOAN PAYOFF 6/20/2017 |
| 6/20/2017 | 5558 | FIRST MIDWEST BAN | T | 6/30/2017 | $41,567.93 | ($41,567.93) Journal | - Split - | LOAN PAYOFF 6/20/2017 |
| 6/20/2017 | 5559 | FIRST MIDWEST BAN | T | 6/30/2017 | $25,630.47 | ($25,630.47) Journal | - Split - | LOAN PAYOFF 6/20/2017 |
| 6/22/2017 | 5657 | FIRST MIDWEST BAN | T | 6/30/2017 | $95,785.58 | ($95,785.58) Journal | - Split - | LOAN PAYOFF 6/22/2017 |
| 6/22/2017 | 5658 | FIRST MIDWEST BAN | T | 6/30/2017 | $49,813.61 | ($49,813.61) Journal | - Split - | LOAN PAYOFF 6/22/2017 |
| 6/26/2017 | 5659 | FIRST MIDWEST BAN | T | 6/30/2017 | $74,722.19 | ($74,722.19) Journal | - Split - | LOAN PAYOFF 6/26/2017 |
| 6/26/2017 | 5660 | FIRST MIDWEST BAN | T | 6/30/2017 | $48,612.06 | ($48,612.06) Journal | - Split - | LOAN PAYOFF 6/26/2017 |
| 6/29/2017 | 5627 | FIRST MIDWEST BAN | T | 6/30/2017 | $38,194.77 | ($38,194.77) Journal | - Split - | LOAN PAYOFF 6/29/2017 |
| 6/29/2017 | 5628 | FIRST MIDWEST BAN | T | 6/30/2017 | $62,580.91 | ($62,580.91) Journal | - Split - | LOAN PAYOFF 6/29/2017 |
| 6/29/2017 | 5629 | FIRST MIDWEST BAN | T | 6/30/2017 | $32,022.02 | ($32,022.02) Journal | - Split - | LOAN PAYOFF 6/29/2017 |
| 6/30/2017 | 5630 | FIRST MIDWEST BAN | T | 6/30/2017 | $42,800.88 | ($42,800.88) Journal | - Split - | LOAN PAYOFF 6/30/2017 |
| 6/30/2017 | 5631 | FIRST MIDWEST BAN | T | 6/30/2017 | $80,834.20 | ($80,834.20) Journal | - Split - | LOAN PAYOFF 6/30/2017 |
| 6/30/2017 | 5632 | FIRST MIDWEST BAN | T | 6/30/2017 | $41,435.75 | ($41,435.75) Journal | - Split - | LOAN PAYOFF 6/30/2017 |
| 6/30/2017 | 5633 | FIRST MIDWEST BAN | T | 6/30/2017 | $47,301.45 | ($47,301.45) Journal | - Split - | LOAN PAYOFF 6/30/2017 |
| 6/30/2017 | 5634 | FIRST MIDWEST BAN | T | 6/30/2017 | $39,231.79 | ($39,231.79) Journal | - Split - | LOAN PAYOFF 6/30/2017 |
| 7/5/2017 | 5780 | FIRST MIDWEST BAN | T | 7/31/2017 | $37,329.42 | ($37,329.42) Journal | - Split - | LOAN PAYOFF 7/5/2017 |
| 7/5/2017 | 5781 | FIRST MIDWEST BAN | T | 7/31/2017 | $38,397.44 | ($38,397.44) Journal | - Split - | LOAN PAYOFF 7/5/2017 |
| 7/5/2017 | 5782 | FIRST MIDWEST BAN | T | 7/31/2017 | $43,876.51 | ($43,676.51) Journal | - Split - | LOAN PAYOFF 7/5/2017 |
| 7/5/2017 | 5783 | FIRST MIDWEST BAN | T | 7/31/2017 | $38,873.09 | ($38,873.09) Journal | - Split - | LOAN PAYOFF 7/5/2017 |
| 7/5/2017 | 5784 | FIRST MIDWEST BAN | T | 7/31/2017 | $98,063.19 | ($98,063.19) Journal | - Split - | LOAN PAYOFF 7/5/2017 |
| 7/6/2017 | 6083 | FIRST MIDWEST BAN | T | 7/31/2017 | $17,200.00 | ($17,200.00) Journal | 25000 - FIF | LOAN PAYOFF 7/6/2017 |
| 7/12/2017 | 5785 | FIRST MIDWEST BAN | T | 7/31/2017 | $29,429.60 | ($29,429.60) Journal | - Split - | LOAN PAYOFF 7/12/2017 |
| 7/12/2017 | 5786 | FIRST MIDWEST BAN | T | 7/31/2017 | $42,656.95 | ($42,656.95) Journal | - Split - | LOAN PAYOFF 7/12/2017 |

| Date | Num | Name | Type | Date2 | Amount | Balance | Description | Account | Memo |
|---|---|---|---|---|---|---|---|---|---|
| 7/12/2017 | 5787 | FIRST MIDWEST BAN | T | 7/31/2017 | $107,544.49 | | ($107,544.49) Journal | - Split - | LOAN PAYOFF 7/12/2017 |
| 7/12/2017 | 5788 | FIRST MIDWEST BAN | T | 7/31/2017 | $97,314.87 | | ($97,314.87) Journal | - Split - | LOAN PAYOFF 7/12/2017 |
| 7/14/2017 | 5789 | FIRST MIDWEST BAN | T | 7/31/2017 | $94,683.47 | | ($94,683.47) Journal | - Split - | LOAN PAYOFF 7/14/2017 |
| 7/14/2017 | 5790 | FIRST MIDWEST BAN | T | 7/31/2017 | $129,401.36 | | ($129,401.36) Journal | - Split - | LOAN PAYOFF 7/14/2017 |
| 7/14/2017 | 5791 | FIRST MIDWEST BAN | T | 7/31/2017 | $40,100.17 | | ($40,100.17) Journal | - Split - | LOAN PAYOFF 7/14/2017 |
| 7/14/2017 | 5792 | FIRST MIDWEST BAN | T | 7/31/2017 | $69,009.68 | | ($69,009.68) Journal | - Split - | LOAN PAYOFF 7/14/2017 |
| 7/14/2017 | 5793 | FIRST MIDWEST BAN | T | 7/31/2017 | $72,290.39 | | ($72,290.39) Journal | - Split - | LOAN PAYOFF 7/14/2017 |
| 7/19/2017 | 5773 | FIRST MIDWEST BAN | T | 7/31/2017 | $21,150.23 | | ($21,150.23) Journal | - Split - | LOAN PAYOFF 7/19/2017 |
| 7/19/2017 | 5774 | FIRST MIDWEST BAN | T | 7/31/2017 | $18,767.84 | | ($18,767.84) Journal | - Split - | LOAN PAYOFF 7/19/2017 |
| 7/19/2017 | 5775 | FIRST MIDWEST BAN | T | 7/31/2017 | $39,553.95 | | ($39,553.95) Journal | - Split - | LOAN PAYOFF 7/19/2017 |
| 7/19/2017 | 5776 | FIRST MIDWEST BAN | T | 7/31/2017 | $96,004.51 | | ($96,004.51) Journal | - Split - | LOAN PAYOFF 7/19/2017 |
| 7/19/2017 | 5777 | FIRST MIDWEST BAN | T | 7/31/2017 | $81,481.59 | | ($81,481.59) Journal | - Split - | LOAN PAYOFF 7/19/2017 |
| 7/21/2017 | 5918 | FIRST MIDWEST BAN | T | 7/31/2017 | $24,367.16 | | ($24,367.16) Journal | - Split - | LOAN PAYOFF 7/21/2017 |
| 7/25/2017 | 5914 | FIRST MIDWEST BAN | T | 7/31/2017 | $32,021.26 | | ($32,021.26) Journal | - Split - | LOAN PAYOFF 7/25/2017 |
| 7/25/2017 | 5915 | FIRST MIDWEST BAN | T | 7/31/2017 | $31,780.50 | | ($31,780.50) Journal | - Split - | LOAN PAYOFF 7/25/2017 |
| 7/25/2017 | 5916 | FIRST MIDWEST BAN | T | 7/31/2017 | $25,250.22 | | ($25,250.22) Journal | - Split - | LOAN PAYOFF 7/25/2017 |
| 7/28/2017 | 5919 | FIRST MIDWEST BAN | T | 7/31/2017 | $54,414.58 | | ($54,414.58) Journal | - Split - | LOAN PAYOFF 7/28/2017 |
| 7/28/2017 | 5920 | FIRST MIDWEST BAN | T | 7/31/2017 | $52,681.38 | | ($52,681.38) Journal | - Split - | LOAN PAYOFF 7/28/2017 |
| 7/28/2017 | 5921 | FIRST MIDWEST BAN | T | 7/31/2017 | $46,356.22 | | ($46,356.22) Journal | - Split - | LOAN PAYOFF 7/28/2017 |
| 7/28/2017 | 5922 | FIRST MIDWEST BAN | T | 7/31/2017 | $63,535.38 | | ($63,535.38) Journal | - Split - | LOAN PAYOFF 7/28/2017 |
| 8/2/2017 | 6011 | FIRST MIDWEST BAN | T | 8/31/2017 | $24,867.13 | | ($24,867.13) Journal | - Split - | LOAN PAYOFF 8/2/2017 |
| 8/2/2017 | 6012 | FIRST MIDWEST BAN | T | 8/31/2017 | $22,965.24 | | ($22,965.24) Journal | - Split - | LOAN PAYOFF 8/2/2017 |
| 8/2/2017 | 6013 | FIRST MIDWEST BAN | T | 8/31/2017 | $75,623.58 | | ($75,623.58) Journal | - Split - | LOAN PAYOFF 8/2/2017 |
| 8/2/2017 | 6014 | FIRST MIDWEST BAN | T | 8/31/2017 | $35,302.90 | | ($35,302.90) Journal | - Split - | LOAN PAYOFF 8/2/2017 |
| 8/2/2017 | 6015 | FIRST MIDWEST BAN | T | 8/31/2017 | $44,904.56 | | ($44,904.56) Journal | - Split - | LOAN PAYOFF 8/2/2017 |
| 8/2/2017 | 6016 | FIRST MIDWEST BAN | T | 8/31/2017 | $46,259.84 | | ($46,259.84) Journal | - Split - | LOAN PAYOFF 8/2/2017 |
| 8/11/2017 | 6262 | FIRST MIDWEST BAN | T | 8/31/2017 | $39,204.80 | | ($39,204.80) Journal | - Split - | LOAN PAYOFF 8/11/2017 |
| 8/11/2017 | 6263 | FIRST MIDWEST BAN | T | 8/31/2017 | $16,497.08 | | ($16,497.08) Journal | - Split - | LOAN PAYOFF 8/11/2017 |
| 8/18/2017 | 6254 | FIRST MIDWEST BAN | T | 8/31/2017 | $56,639.25 | | ($56,639.25) Journal | - Split - | LOAN PAYOFF 8/18/2017 |
| 8/18/2017 | 6255 | FIRST MIDWEST BAN | T | 8/31/2017 | $46,402.31 | | ($46,402.31) Journal | - Split - | LOAN PAYOFF 8/18/2017 |
| 8/18/2017 | 6256 | FIRST MIDWEST BAN | T | 8/31/2017 | $35,877.16 | | ($35,877.16) Journal | - Split - | LOAN PAYOFF 8/18/2017 |
| 8/18/2017 | 6257 | FIRST MIDWEST BAN | T | 8/31/2017 | $47,755.66 | | ($47,755.66) Journal | - Split - | LOAN PAYOFF 8/18/2017 |
| 8/22/2017 | 6246 | FIRST MIDWEST BAN | T | 8/31/2017 | $140,313.53 | | ($140,313.53) Journal | - Split - | LOAN PAYOFF 8/22/2017 |
| 8/22/2017 | 6247 | FIRST MIDWEST BAN | T | 8/31/2017 | $29,932.87 | | ($29,932.87) Journal | - Split - | LOAN PAYOFF 8/22/2017 |
| 8/25/2017 | 6264 | FIRST MIDWEST BAN | T | 8/31/2017 | $33,810.11 | | ($33,810.11) Journal | - Split - | LOAN PAYOFF 8/25/2017 |
| 9/1/2017 | 6557 | FIRST MIDWEST BAN | T | 9/29/2017 | $32,786.17 | | ($32,786.17) Journal | - Split - | NOTE #2084 LOAN PAYOFF 9/1/2017 |
| 9/1/2017 | 6558 | FIRST MIDWEST BAN | T | 9/29/2017 | $42,031.71 | | ($42,031.71) Journal | - Split - | NOTE #2062 LOAN PAYOFF 9/1/2017 |
| 9/7/2017 | 6259 | FIRST MIDWEST BAN | T | 9/29/2017 | $30,450.36 | | ($30,450.36) Journal | - Split - | LOAN PAYOFF 9/7/2017 |
| 9/7/2017 | 6260 | FIRST MIDWEST BAN | T | 9/29/2017 | $51,628.45 | | ($51,628.45) Journal | - Split - | LOAN PAYOFF 9/7/2017 |
| 9/7/2017 | 6261 | FIRST MIDWEST BAN | T | 9/29/2017 | $47,794.63 | | ($47,794.63) Journal | - Split - | LOAN PAYOFF 9/7/2017 |

Total $10,442,009.57 $0.00

## I-80 Equipment, LLC
## CHECKING - FMB OPER #8100404865 Register
## January 1, 2015 - July 31, 2019

| Date | Print | Number | Payee | Clr | Reconciled D | Payment | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 11/15/2016 | F | ACH WIRE | US BANK | T | 12/31/2016 | $189,256.60 | | ($189,256.60) |
| 12/15/2016 | F | ACH WIRE | US BANK | T | 1/31/2017 | $211,410.22 | | ($211,410.22) |
| 1/13/2017 | F | 351537 | US BANK | T | 2/28/2017 | $175,286.70 | | ($175,286.70) |
| 2/23/2017 | F | ACH WIRE | US BANK | T | 2/28/2017 | $79,456.73 | | ($79,456.73) |
| 3/2/2017 | F | ACH WIRE | US BANK | T | 3/31/2017 | $79,456.74 | | ($79,456.74) |
| 4/5/2017 | F | ACH WIRE | US BANK | T | 4/28/2017 | $153,751.37 | | ($153,751.37) |
| 4/12/2017 | F | ACH WIRE | US BANK | T | 5/31/2017 | $151,440.87 | | ($151,440.87) |
| 5/19/2017 | F | ACH WIRE | US BANK | T | 6/30/2017 | $134,163.69 | | ($134,163.69) |
| 6/9/2017 | F | 100718358 | US BANK | T | 7/31/2017 | $194,972.53 | | ($194,972.53) |
| 9/7/2017 | F | ACH WIRE | US BANK | T | 9/29/2017 | $100,000.00 | | ($100,000.00) |
| 10/9/2017 | F | ACH DEBIT | US BANK | T | 10/31/2017 | $80,000.00 | | ($80,000.00) |
| | | | | | Total | $1,549,195.45 | $0.00 | |



PLAINTIFF'S EXHIBIT B